AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Miller, Ruth | District Court, U.S. Virgin Islands | 07/17/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full time magistrate judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Ron de Lugo Federal Building
5500 Veterans Drive, 3rd Floor
St. Thomas, USVI 00802-0802

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Self-employed boat captain |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | June 1-4, 2017 | St. Lousi, Mo. | Client Protection Standing Committee - meeting and forum | Partial transportation, lodging |
| 2. | Club de Vela la Pen - US Sailing | August 13-19, 2017 | Valle de Bravo, Mexico | Women's International Keelboat Championships Jury | Transportation, lodging, some meals |
| 3. | Storm Trysail Club | June 17-24, 2017 | Block Island, Rhode Island | Block Island Race Week Jury | Transportation, some meals, lodging |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | First Third Bank | Mortgage on property in Chicago, IL | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Ruth | 07/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Property, Chicago, IL | C | Rent | N | W | | | | | |
| 2. Genworth Financial flex premium adjustable life policy | | None | | | Distributed | 11/09/17 | J | | |
| 3. Banco Popular de Puerto Rico account | | None | L | T | | | | | |
| 4. Charles Schwab brokerage account (H) | | | | | | | | | |
| 5. -T common | A | Dividend | | | | | | | |
| 6. -AAPL common | A | Dividend | | | | | | | |
| 7. -ADM common | A | Dividend | | | | | | | |
| 8. -BYD common | | None | | | | | | | |
| 9. -BMY common | A | Dividend | | | | | | | |
| 10. -DUK common | A | Dividend | | | | | | | |
| 11. -XOM common | A | Dividend | | | | | | | |
| 12. -FTR common | | None | | | | | | | |
| 13. -GE common | B | Dividend | | | | | | | |
| 14. -MON common | A | Dividend | | | | | | | |
| 15. -NWL common | A | Dividend | | | | | | | |
| 16. -PFE common | A | Dividend | | | | | | | |
| 17. -VZ common | A | Dividend | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Ruth | 07/17/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Fairpoint Commun Inc XXX (Y) | | | | | | | | | |
| 19. -Schwab cash reserves | A | Interest | | | | | | | |
| 20. -American High Income Trust Class A | A | Dividend | | | | | | | |
| 21. -Capital Income Builder Fund Class A | | None | | | | | | | |
| 22. -Capital World Growth & Income Fund Class A | | None | | | | | | | |
| 23. -The Growth Fund of America Class A | | None | | | | | | | |
| 24. -Virtus Global Prem Alphasector(SM) Fund Class A | | None | | | | | | | |
| 25. -Virtus Foreign Opportunities Fund ClassA | | None | | | | | | | |
| 26. LPL Financial Inherited IRA account (H) | | | | | | | | | |
| 27. -VZ common | A | Dividend | J | T | | | | | |
| 28. -LPL Financial cash account | A | Interest | K | T | | | | | |
| 29. -MO common | A | Dividend | J | T | | | | | |
| 30. -AEP common | A | Dividend | J | T | | | | | |
| 31. -AAPL common | A | Dividend | K | T | | | | | |
| 32. -BRK/B common | | None | K | T | | | | | |
| 33. -KO common | A | Dividend | J | T | | | | | |
| 34. -EMR common | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Ruth | 07/17/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

| ☐ | NONE *(No reportable income, assets, or transactions.)* |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   -ESRX common | | None | | | Sold | 04/12/17 | J | | |
| 36.   -FAST common | A | Dividend | | | Sold | 04/12/17 | J | A | |
| 37.   -GE common | A | Dividend | | | Sold | 12/07/17 | J | | |
| 38.   -GIS common | A | Dividend | J | T | | | | | |
| 39.   -JNJ common | A | Dividend | J | T | | | | | |
| 40.   -PAYX common | A | Dividend | | | Sold | 04/12/17 | J | B | |
| 41.   -PM common | A | Dividend | J | T | | | | | |
| 42.   -PG common | A | Dividend | J | T | | | | | |
| 43.   -PEG common | A | Dividend | | | Sold | 10/04/17 | J | A | |
| 44.   -O common | A | Dividend | J | T | | | | | |
| 45.   -SO common | A | Dividend | J | T | | | | | |
| 46.   -SE common | A | Dividend | | | Merged (with line 60) | 02/28/17 | J | | |
| 47.   -UPS common | A | Dividend | J | T | | | | | |
| 48.   -WFC common | A | Dividend | J | T | | | | | |
| 49.   -HCN common | A | Dividend | J | T | | | | | |
| 50.   -Doubleline Total Return Bond Cl N | A | Dividend | K | T | | | | | |
| 51.   -JP Morgan Core Bond Cl A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Ruth | 07/17/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Amerigas Partners Ltd | | | | | Sold | 02/02/17 | J | B | |
| 53. -Magellan Midstream Partners Ltd | A | Distribution | | | Sold | 02/02/17 | K | C | |
| 54. -Mainstay High Yield Corp Bond Cl A | A | Dividend | | | Sold | 08/25/17 | K | B | |
| 55. -HSBC common | A | Dividend | J | T | | | | | |
| 56. -PRU common | A | Dividend | | | Sold | 04/12/17 | J | C | |
| 57. -LNT common | A | Dividend | K | T | Buy | 02/02/17 | K | | |
| 58. -PFE common | A | Dividend | J | T | Buy | 02/02/17 | J | | |
| 59. -PPL common | A | Dividend | J | T | Buy | 02/02/17 | J | | |
| 60. -ENB common | | | | | | 02/28/17 | J | | |
| 61. | | None | | | Sold | 03/02/17 | J | C | |
| 62. | A | Dividend | J | T | Buy | 04/12/17 | J | | |
| 63. -CMP common | A | Dividend | J | T | Buy | 04/12/17 | J | | |
| 64. -D common | A | Dividend | J | T | Buy | 04/12/17 | J | | |
| 65. | | | | | Buy (add'l) | 10/04/17 | J | | |
| 66. -DUK common | A | Dividend | J | T | Buy | 04/12/17 | J | | |
| 67. -IShares MSCI Emerging Markets ETF | A | Dividend | K | T | Buy | 08/31/17 | J | | |
| 68. | | | | | Buy (add'l) | 10/09/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Ruth | 07/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Mainstay Short Duration High Yield Cl A | A | Dividend | K | T | Buy | 10/04/17 | J | | |
| 70. | | | | | Buy (add'l) | 10/09/17 | K | | |
| 71. LPL Financial Investment account (H) | | | | | | | | | |
| 72. -AAPL common | A | Dividend | K | T | Buy (add'l) | 04/12/17 | J | | |
| 73. -ADM common | | None | | | Sold | 04/12/17 | K | C | |
| 74. -T common | B | Dividend | K | T | | | | | |
| 75. -BYD common | | None | | | Sold | 04/12/17 | J | A | |
| 76. -BMY common | A | Dividend | | | Sold | 04/12/17 | K | B | |
| 77. -DUK common | A | Dividend | J | T | Sold (part) | 04/12/17 | K | D | |
| 78. -XOM common | | None | | | Sold | 04/12/17 | L | | |
| 79. -FTR common | A | Dividend | | | Sold | 04/12/17 | J | | |
| 80. -GE common | B | Dividend | | | Sold | 12/07/17 | K | | |
| 81. -MON common | A | Dividend | | | Sold | 04/12/17 | J | A | |
| 82. -NWL common | | None | | | Sold | 04/12/17 | K | D | |
| 83. -PFE common | A | Dividend | J | T | Sold (part) | 04/12/17 | K | C | |
| 84. -VZ common | A | Dividend | J | T | Sold (part) | 04/12/17 | K | A | |
| 85. -American High Income Trust Class A | A | Dividend | | | Sold | 04/12/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Ruth | 07/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Capital Income Builder Fund Class A | A | Dividend | | | Sold | 04/12/17 | K | C | |
| 87. -Capital World Growth & Income Fund Class A | A | Dividend | | | Sold | 04/12/17 | J | A | |
| 88. -The Growth Fund of America Class A | | None | | | Sold | 04/12/17 | K | C | |
| 89. -Virtus Global Prem Alphasector(SM) Fund Class A | | None | | | Sold | 04/12/17 | K | | |
| 90. -Virtus Foreign Opportunities Fund ClassA | | None | | | Sold | 04/12/17 | K | C | |
| 91. -LPL Financial Insured Cash Account | A | Interest | L | T | | | | | |
| 92. -LNT common | A | Dividend | K | T | Buy | 04/12/17 | K | | |
| 93. -MO common | A | Dividend | J | T | Buy | 04/12/17 | J | | |
| 94. -AEP common | A | Dividend | J | T | Buy | 04/12/17 | J | | |
| 95. -BRK/B common | | None | K | T | Buy | 04/12/17 | K | | |
| 96. -KO common | A | Dividend | J | T | Buy | 04/12/17 | J | | |
| 97. -CMP common | A | Dividend | J | T | Buy | 04/12/17 | J | | |
| 98. -D common | A | Dividend | K | T | Buy | 04/12/17 | J | | |
| 99. | | | | | Buy (add'l) | 10/04/17 | J | | |
| 100. -EMR common | A | Dividend | J | T | Buy | 04/12/17 | J | | |
| 101. -ENB common | A | Dividend | J | T | Buy | 04/12/17 | J | | |
| 102. -GIS common | A | Dividend | J | T | Buy | 04/12/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Ruth | 07/17/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -HSBC common | A | Dividend | J | T | Buy | 04/12/17 | J | | |
| 104. -JNJ common | A | Dividend | J | T | Buy | 04/12/17 | J | | |
| 105. -PM common | A | Dividend | K | T | Buy | 04/12/17 | K | | |
| 106. -PPL common | A | Dividend | J | T | Buy | 04/12/17 | J | | |
| 107. -PG common | A | Dividend | J | T | Buy | 04/12/17 | J | | |
| 108. -PEG common | A | Dividend | | | Buy | 04/12/17 | J | | |
| 109. | | | | | Sold | 10/04/17 | J | A | |
| 110. -O common | A | Dividend | K | T | Buy | 04/12/17 | K | | |
| 111. -SO common | A | Dividend | J | T | Buy | 04/12/17 | J | | |
| 112. -UPS | A | Dividend | J | T | Buy | 04/12/17 | J | | |
| 113. -WFC common | A | Dividend | J | T | Buy | 04/12/17 | J | | |
| 114. -HCN common | A | Dividend | J | T | Buy | 04/12/17 | J | | |
| 115. -Doubleline Total Return Bond Cl N | A | Dividend | K | T | Buy | 04/12/17 | K | | |
| 116. -JP Morgan Core Bond Cl A | A | Dividend | K | T | Buy | 04/12/17 | K | | |
| 117. -Mainstay High Yield Corp Bond Cl A | A | Dividend | | | Buy | 04/12/17 | K | | |
| 118. | | | | | Sold | 08/25/17 | K | A | |
| 119. -IShares MSCI Emerging Markets ETF | A | Dividend | K | T | Buy | 08/31/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Ruth | 07/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 10/09/17 | K | | |
| 121.  -Mainstay Short Duration High Yield Cl A | A | Dividend | K | T | Buy | 10/04/17 | J | | |
| 122. | | | | | Buy (add'l) | 10/09/17 | K | | |
| 123. | | | | | | | | | |
| 124. | | | | | | | | | |
| 125. | | | | | | | | | |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Miller, Ruth | 07/17/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The Genworth life insurance policy was surrendered for its cash value (less than $1000)

The Northern Trust account previously reported has a value below the reporting threshold for bank accounts and no income.

The assets in the Charles Schwab brokerage account reported in lines 5-25 were transferred to the LPL brokerage account and appear on at lines 72-122.

Fairpoint Communications shares (line 18) were deemed worthless after bankruptcy and were not transferred to the new brokerage account.

SE (line 46) merged into ECB (line 60). I tried to use the "spinoff" option from the dropdown menu for D(1), but the software would not print anything at all in the space.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ruth Miller**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544